

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-20-2005

# Joseph v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 04-2885

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Joseph v. Atty Gen USA" (2005). *2005 Decisions*. Paper 468.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/468

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No: 04-2885

_____

MARC HILAIRE JOSEPH,

Petitioner

v.

ALBERTO GONZALES,* Attorney General
of the United States of America,

Respondent

*Substituted pursuant to Federal Rule of Appellate Procedure 43(c)(2)

_____

On Petition for Review
from the Board of Immigration Appeals
(No. A40-135-340)

Argued July 14, 2005

Before: SLOVITER, McKEE, and WEIS, Circuit Judges

ORDER AMENDING SLIP OPINION AND JUDGEMENT

The slip opinion should be amended with the following correction:

Section V. Conclusion should read as follows:

For the reasons set forth above, we believe a genuine issue of material fact

exists as to Joseph's derivative citizenship claim, and we will therefore grant his petition for review, vacate the order of the BIA and remand the case to the United States District Court for the District of New Jersey for further proceedings.  Footnote 19 should be deleted.

An amended opinion and judgment shall be issued.


        /s/ Theodore A. McKee
        CIRCUIT JUDGE


DATED:   September 20, 2005